enactment, nor entitled to legal sanction, merely because it would take a day to try the case to a jury, it is needless to determine the constitutional question urged by counsel.

The order appealed from is reversed.

## KELLY V. KVELLO.

And twenty-two others.

Appeal from circuit court, Roberts county.

Actions by Morris H. Kelly against Paul Kvello and twenty-two others.

Judgments for plaintiff, and defendants appeal. Reversed.

*Howard Babcock* and *Batterton & Humphrey*, for appellants.

*Charles N. Harris* and *E. T. Taubman*, for respondent.

(Opinion filed July 1, 1903.)

PER CURIAM.   These cases are in all respects the same as Kelly v. Oksall (decided at the present term) 95 N. W. 913, 17 S. D. 185.

For the reasons stated therein the orders appealed from are reversed.

## ALDOUS V. OLVERSON.

1.  In an action by a wife against a sheriff for seizing her goods under an execution against her husband and others, the court admitted the sheriff's return on the execution containing statements not his duty to make, to the effect that the judgment creditor had directed the levy, and all the defendants had consented to it, and agreed to pay their pro-